**Fill in this information to identify the case:**

Debtor name: **Yogi International, LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (if known): **25-30233**

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>**Harris County**<br><br>Creditor's mailing address<br>**Ann Harris Bennett**<br>**Po Box 3547**<br>**Houston, TX 77253-3547**<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number ___ ___ ___ ___<br><br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor, and its relative priority.<br>    1) Kirpal Singh; 2) Kulwant Singh; **3) Harris County**; 4) Pasadena ISD | Describe debtor's property that is subject to a lien<br>RES D BLK 1 (DETENTION) SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P<br><br>Describe the lien<br>_____<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,271.39 | $171,414.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $1,066,884.25

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page **1** of **10**

Debtor  **Yogi International, LLC**   Case number (if known) 25-30233
　　　　　Name

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2 Creditor's name**
Harris County

**Creditor's mailing address**
Ann Harris Bennett
Po Box 3547
Houston, TX 77253-3547

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.
　　1) Kirpal Singh; 2) Kulwant Singh; **3) Harris County**; 4) Pasadena ISD
　☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
RES C BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$4,172.47**
Column B: **$349,872.00**

Debtor **Yogi International, LLC**　　　　　　　　　　　　　　　　Case number (if known) **25-30233**
　　　　　Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**
Harris County

**Creditor's mailing address**
Ann Harris Bennett
Po Box 3547
Houston, TX 77253-3547

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.
　　1) Kirpal Singh; 2) Kulwant Singh; **3) Harris County**; 4) Pasadena ISD
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
RES B BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$14,279.34**
Column B: **$1,007,623.00**

Debtor **Yogi International, LLC**  
　　　　Name

Case number (if known) **25-30233**

### Part 1:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.4 Creditor's name**
Harris County

**Creditor's mailing address**
Ann Harris Bennett
Po Box 3547
Houston, TX 77253-3547

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.
　　1) Kirpal Singh; 2) Kulwant Singh; **3) Harris County**; 4) Pasadena ISD
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
RES A BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$12,893.90**　　Value of collateral: **$973,067.00**

Debtor **Yogi International, LLC**
      Name

Case number (if known) **25-30233**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.5 Creditor's name**
Kirpal Singh

**Creditor's mailing address**
4230 Waterwood Dr
Baytown, TX 77520

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines
      **2.1, 2.2, 2.3, 2.4**

**Describe debtor's property that is subject to a lien**
RES A BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P, RES B BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P, RES C BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P, RES D BLK 1 (DETENTION) SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$500,000.00     $2,501,976.00

---

Debtor **Yogi International, LLC**
       Name

Case number (if known) **25-30233**

| Part 1: | Additional Page |
|---|---|

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6  Creditor's name**
Kulwant Singh

**Creditor's mailing address**
9718 Crystal Blvd
Baytown, TX 77520

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines
     **2.1, 2.2, 2.3, 2.4**

**Describe debtor's property that is subject to a lien**
RES B BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P, RES A BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P, RES C BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P, RES D BLK 1 (DETENTION) SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$500,000.00        $2,501,976.00

Debtor **Yogi International, LLC**
     Name

Case number (if known) **25-30233**

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7**  **Creditor's name**
Pasadena ISD

**Creditor's mailing address**
Anita Henry Tax Assessor/Collector
P.O. Box BOX 1318
Pasadena, TX 77501-1318

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**
RES A BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$12,759.69**
Value of collateral: **$973,067.00**

---

Debtor **Yogi International, LLC**　　　　　　　　　　　　　　Case number (if known) **25-30233**
　　　　　Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8**　**Creditor's name**
　　　Pasadena ISD

**Creditor's mailing address**
Anita Henry Tax Assessor/Collector
P.O. Box BOX 1318
Pasadena, TX 77501-1318

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**　___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**
RES B BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,130.71　　　$1,007,623.00

Debtor **Yogi International, LLC**
Name

Case number (if known) **25-30233**

| Part 1: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** **Creditor's name**
Pasadena ISD

**Creditor's mailing address**
Anita Henry Tax Assessor/Collector
P.O. Box BOX 1318
Pasadena, TX 77501-1318

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**
RES C BLK 1 SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,129.02                 $349,872.00

Debtor **Yogi International, LLC**
Name

Case number (if known) **25-30233**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.10** **Creditor's name**<br>Pasadena ISD<br><br>**Creditor's mailing address**<br>Anita Henry Tax Assessor/Collector<br>P.O. Box BOX 1318<br>Pasadena, TX 77501-1318<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>   ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>   ☑ Yes. The relative priority of creditors is specified on lines **2.1** | **Describe debtor's property that is subject to a lien**<br>RES D BLK 1 (DETENTION) SOUTH HOUSTON GARDENS SEC 5 7TH PAR R/P<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,247.73 | $171,414.00 |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page **10** of **10**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Yogi International, LLC** |
| United States Bankruptcy Court for the: **Southern District of Texas** | |
| Case number (if known): **25-30233** | ☑ Check if this is an amended filing |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* **Schedule D**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/23/2025**
MM/ DD/ YYYY

X **/s/ Chris Quinn**
Signature of individual signing on behalf of debtor

**Chris Quinn**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form B202   Declaration Under Penalty of Perjury for Non-Individual Debtors